UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-20201-CIV-JORDAN

| | |
|---|---|
| CHOICE FARMS CORP. | ) |
| Plaintiff | ) ) |
| vs. | ) |
| SHAW ROSE NETS, LLC et al | ) ) ) |
| Defendants | ) |
| _____ | ) |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to the plaintiff's notice of its agreement to join in a master complaint, this case is DISMISSED WITHOUT PREJUDICE. By May 21, 2007, the plaintiff shall re-file its claims in the master complaint in Case No. 07-20199.

All pending motions are denied as moot, and this case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 20th day of April, 2007.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record